UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ROBERT L. LEWIS,

                            Plaintiff,

  -v-                                        No. 9:11-CV-0867
                                           (DNH/DEP)

CAROL WALLACE, Nurse Administrator, Cayuga
County Jail, in her individual and official capacity;
JACKIE WOJESKI, Nurse Administrator, Cayuga
County Jail, in her individual and official capacity;
and JOHN GLEASON, Sergeant, Cayuga County
Jail, in his individual and official capacity,

                            Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                            OF COUNSEL:

ROBERT LEE LEWIS
Plaintiff Pro Se
14708
Cayuga County Jail
7445 County House Road
Auburn, NY 13021

OFFICE OF FRANK W. MILLER            FRANK W. MILLER, ESQ.
Attorney for Defendants                   BRYAN N. GEORGIADY, ESQ.
6575 Kirkville Road
East Syracuse, NY 13057

DAVID N. HURD
United States District Judge

## DECISION and ORDER

      Plaintiff brought this civil rights action pursuant to 42 U.S.C. § 1983.  On February

22, 2013, the Honorable David E. Peebles, United States Magistrate Judge, advised, by

Report-Recommendation that defendants' motion for summary judgment be granted and the complaint be dismissed.  Plaintiff timely filed objections to the Report-Recommendation. Defendants belatedly filed a response to plaintiff's objections.

Based upon a de novo review, the Report-Recommendation is accepted.  See 28 U.S.C. § 636(b)(1).

Therefore, it is

ORDERED that

1.  Defendants' motion for summary judgment is GRANTED; and

2.  The complaint is DISMISSED.

The Clerk is directed to enter judgment accordingly and close the file.

IT IS SO ORDERED.

_____
United States District Judge

Dated:  April 12, 2013
        Utica, New York.